IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10795
Summary Calendar
_____


RONNIE JOHNSON,

                                        Plaintiff-Appellant,

versus

PAUL COGGINS; ET AL,

                                        Defendants,

BENJAMIN VICTOR ROUTH,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(97-CV-1018)
- - - - - - - - - -

April 9, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:*

     Plaintiff-Appellant Ronnie Johnson ("Johnson"), federal prisoner # 23091-077, appeals from the district court's grant of defendant Benjamin Victor Routh's ("Routh") motion for summary judgment on his Racketeer Influenced and Corrupt Organization ("RICO") Act, obstruction of justice, barratry, and constitutional claims.  Johnson argues primarily that the district erred in

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

granting summary judgment for Routh on the basis of qualified immunity because he presented evidence establishing genuine issues of material fact exist as to whether Routh's conduct was objectively reasonable.

We have reviewed the record and the briefs. First, because Johnson does not address the district court's reasons for dismissing his RICO, obstruction of justice, and barratry claims, he has abandoned these claims on appeal. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993); Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987). Second, for essentially the reasons stated by the magistrate judge, and adopted by the district court, Johnson has failed to show that genuine issues of material fact exist precluding summary judgment in this case as to Routh. See Johnson v. Routh, No. 3:97-CV-1018-D (N.D. Tex. May 8, 1998) (Findings and Recommendation of the United States Magistrate Judge); Johnson v. Routh, No. 3:97-CV-1018-D (N.D. Tex. June 4, 1998) (Order).

AFFIRMED.